CLARA D. WINN, Respondent, v. MODERN WOOD-
MEN OF AMERICA, Appellant.

St. Louis Court of Appeals, November 30, 1909.

APPELLATE PRACTICE: Allowance for Printing Abstract: Ap-
plication to be Filed, When. An allowance and taxation of
costs for printing an abstract of the record filed in the appel-
late court requires judicial action, and such action cannot be
taken at a term subsequent to the one at which final judgment
is entered, where the application for such allowance is not
made until such subsequent term.

Application for Cost of Printing.

DENIED.

*Benjamin D. Smith* and *Tunnell & Hart* for appel-
lant.

*J. H. Whitecotton, A. D. Stewart* and *D. M. Proc-
tor* for respondent.

REYNOLDS, P. J.—On Motion to Tax Costs for
Printing Abstract: In this case this court, at the March
term, 1909, reversed the judgment of the circuit court
and remanded the case. Subsequently, and at the Octo-
ber term, 1909, a motion was filed to allow and tax in
favor of the appellant, the costs of printing the ab-
stract. We sustained that motion and allowed and
taxed $107.25 as costs. Since then, a doubt having arisen
in our own minds as to the correctness of this action,
we have looked into the matter and with the result that
we have concluded that our action was erroneous. This
very question arose in the cases of Wilson & Co. v.
Stark, 47 Mo. App. 116, and Berberet v. Berberet, 136
Mo. 671, and the conclusion arrived at that after the

term at which the cause was decided, no motion having been filed. at that term or within ten days after its adjournment, the pendency of which had the effect of carrying the case over to a subsequent term, the court had no jurisdiction to allow and tax as costs the cost of printing the abstract. The principle upon which this lack of jurisdiction rests is very clearly announced by the Supreme Court in State ex rel. O'Briant v. Keokuk & Western R. R. Co., 176 Mo. 443. Allowance and taxation of costs such as these require judicial action, and where that is the case, such action cannot be taken at a term subsequent to the one at which final judgment was entered.

The judgment allowing and taxing as costs the cost of printing the abstract is hereby set aside and the motion to tax in favor of appellant as costs, the cost of printing the abstract, is hereby overruled. All concur.